988 So.2d 59 (2008)
Lee ST. ONGE, Appellant,
v.
David WHITE and Enterprise Leasing Company, Appellees.
No. 1D07-5763.
District Court of Appeal of Florida, First District.
July 11, 2008.
Rehearing Denied August 20, 2008.
*60 William P. Galione, Gainesville; Andre M. Mura, Center for Constitutional Litigation, P.C., Washington, D.C., for Appellant.
David C. Borucke of Holland & Knight LLP, Tampa, for Appellee Enterprise Leasing Company.
PER CURIAM.
AFFIRMED. See Garcia v. Vanguard Car Rental, USA, Inc., 510 F.Supp.2d 821 (M.D.Fla.), appeal dismissed, Case No. 07-12235 (11th Cir. July 30, 2007); Kumarsingh v. PV Holding Corp., 983 So.2d 599 (Fla. 3d DCA 2008) (on motion for clarification), review denied, Case No. SC08-320, 984 So.2d 519, 2008 WL 2264371 (Fla. May 19, 2008).
WEBSTER, VAN NORTWICK, and THOMAS, JJ., Concur.